TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-97-00075-CR

Brian Loredo, Appellant

v.

The State of Texas, Appellee

FROM THE DISTRICT COURT OF BELL COUNTY, 264TH JUDICIAL DISTRICT

NO. 44,711, HONORABLE MARTHA J. TRUDO, JUDGE PRESIDING

PER CURIAM

Appellant pleaded guilty to an indictment accusing him of aggravated robbery. See Tex.
Penal Code Ann. § 29.03 (West 1994). After accepting the plea and finding that the evidence
substantiated appellant's guilt, the district court deferred further proceedings and placed appellant on
community supervision for ten years. The State later filed a motion to revoke alleging numerous violations
of appellant's supervisory conditions. Appellant pleaded true to most of these allegations. The district
court revoked supervision, adjudicated appellant guilty, and sentenced him to imprisonment for fifteen
years.

Appellant's court-appointed attorney filed a brief concluding that the appeal is frivolous and
without merit. The brief meets the requirements of Anders v. California, 386 U.S. 738 (1967), by
advancing a contention which counsel says might arguably support the appeal. See also Penson v. Ohio,
488 U.S. 75 (1988); High v. State, 573 S.W.2d 807 (Tex. Crim. App. 1978); Currie v. State, 516
S.W.2d 684 (Tex. Crim. App. 1974); Jackson v. State, 485 S.W.2d 553 (Tex. Crim. App. 1972); 
Gainous v. State, 436 S.W.2d 137 (Tex. Crim. App. 1969). A copy of counsel's brief was delivered to
appellant, and appellant was advised of his right to examine the appellate record and to file a pro se brief. 
No pro se brief has been filed.

We have reviewed the record and counsel's brief and agree that the appeal is frivolous and
without merit. The arguable point of error, that trial counsel was ineffective, is clearly unsustainable on this
record.

 The judgment of conviction is affirmed.

Before Chief Justice Carroll, Justices Aboussie and B. A. Smith

Affirmed

Filed: August 14, 1997

Do Not Publish